AO 31 (Rev. 5/85) Criminal Complaint

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

JASON SAUL DIAZ

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 97-5044-AEV

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 3, 1996, to present__ in __Palm Beach__ county, in the __Southern__ District of __Florida__ defendant(s), (Track Statutory Language of Offense)
knowingly, willingly, and unlawfully traveled in interstate or foreign commerce, i.e., flee the State of Florida with the intent to avoid prosecution and custody and confinement in the State of Florida for the crimes of First Degree Murder With a Firearm, Carjacking, Burglary of An Occupied Conveyance With An Assault or Battery, Robbery With A Firearm, Kidnapping, Attempted Robbery With A Firearm, which are felonies under the laws of the State of Florida,

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __S/A FBI D. Louis Mitchell__ and that this complaint is based on the following
                                        Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:    [x] Yes   [ ] No

Signature of Complainant
Special Agent D. LOUIS MITCHELL
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,
upon my finding of probable cause.

__21 February 1997__                at    __West Palm Beach, Florida__
Date                                       City and State

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

Your affiant, D. Louis Mitchell, first being duly sworn, states as follows:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation, and has been employed as such since September 3, 1996. Your affiant is currently assigned to the Palm Beach County Resident Agency of the Federal Bureau of Investigation.

2. The information in this affidavit is based on your affiant's personal knowledge and information told him by other law enforcement officers.

3. On or about October 24, 1995 and October 25, 1995, in Palm Beach County, Florida, Jason Diaz, white/male, Date of Birth (DOB) October 11, 1974, did unlawfully from a premeditated design to effect death of a human being, kill and murder Rafael Costa, a human being, by shooting Rafael Costa with a firearm.

4. On September 30, 1996, the state of Florida, 15th Judicial Circuit Court, in and for Palm Beach County, Florida, issued an arrest warrant based on an Indictment filed against Jason Diaz by the State Attorney of the County of Palm Beach. Diaz was charged with one count of First Degree Murder With A Firearm, one count of Carjacking, one count of Burglary Of An Occupied Conveyance With An Assault or Battery, one count of Robbery With A Firearm, one count of Kidnapping, and one count of Attempted Robbery With A Firearm. Copies of the State of Florida's indictment against Diaz and the arrest warrant are

hereby attached.

5. Palm Beach County Sheriff's Office Detective Paige McCann, advised that Diaz may be in Colombia based on him having family in Colombia, and that phone bills for his father who resides in West Palm Beach, Florida, indicate calls made to Colombia.

6. On December 3, 1996, the office of the State Attorney, 15th Judicial Circuit of Florida, requested that an Unlawful Flight to Avoid Prosecution warrant, in violation of Title 18, U.S.C., Section 1073, be issued for Jason Diaz.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

D. LOUIS MITCHELL
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this 21 day of February, 1997.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

JASON SAUL DIAZ
---
DEFENDANT

Pretrial detention is recommended as to defendant.

_____
RICHARD O.I. BROWN,
ASSISTANT UNITED STATES ATTORNEY

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA, CRIMINAL DIVISION

COURT CASE NO. _____

AGENCY & CASE NO. __95-130767    PBSO__

INVESTIGATING OFFICER NAME _Det. Paige McCann_ I.D. _4975_

## TO: ALL SHERIFFS OF THE STATE OF FLORIDA YOU ARE COMMANDED TO ARREST

NAME: __Jason Saul Diaz__

ADDRESS: _____

BUSINESS ADDRESS: __None__

PHONE: (HOME) (____) __Unknown__  (BUSINESS) (____) __Unknown__

RACE: __White__  SEX: __Male__  DOB: __10/11/74__  HEIGHT: __5'6"__  WEIGHT: __135__

HAIR: __Brown__  EYES: __Brown__  SS#: __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__

FOR APPEARANCE BEFORE THIS COURT TO ANSWER A CHARGE OF:

1) First Degree Murder with a Firearm, 782.04
2) Carjacking (armed), 812.133 (2a)
3) Armed Robbery, 812.13 (2a)
4) False Imprisonment, 787.02 (2)
5)

FCIC _____   NCIC _____

EXTRADITION AUTHORIZATION:   YES _____   NO _____

## CAPIAS

This capias is issued pursuant to an information filed by the State Attorney, Fifteenth Judicial Circuit, Palm Beach County, Florida.

APPEARANCE BOND set by Court Order per bond schedule.

WITNESS my hand and the seal of this Court on this _____ day of _____, 199___.

(SEAL)

DOROTHY H. WILKEN,
CLERK OF COURT

CERTIFIED
TO BE A TRUE COPY
CHARLES A. McCUTCHEON, SHERIFF
BY: _____ Deputy Clerk _D. Cain #2299_

## ARREST WARRANT
## BAIL ENDORSEMENT

The defendant is to be admitted to bail in the sum of
☐ PER SCHEDULE
☐ OWN RECOGNIZANCE
☒ OTHER $ _None_

returnable to this Court on the third Friday following the date of arrest at 9:00 A.M. before the Judge assigned the case.

GIVEN UNDER my hand and seal on the _9th_ day of _November_, 1995 at Palm Beach County, State of Florida.

(SEAL)

_Mary S. Lupo_
JUDGE, FIFTEENTH JUDICIAL CIRCUIT

Executed on the _____ day of _____, 199___, by arresting the within named.

By: _____ I.D. # _____
Deputy Sheriff - Palm Beach County

PBSO #0018 REV. 10/95

# INDICTMENT

## A TRUE BILL

**IN THE NAME OF AND BY THE AUTHORITY OF THE STATE OF FLORIDA**

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA**

For Palm Beach County, at the Spring Term thereof, in the year of our Lord One Thousand Nine Hundred and Ninety Six, to-wit: The Grand Jurors of the State of Florida, inquiring in and for the body of said County of Palm Beach, upon their oaths do present that JASON DIAZ in the County of Palm Beach aforesaid, in the Circuit and State aforesaid,

## COUNT ONE
## FIRST DEGREE MURDER WITH A FIREARM

on or about or between October 24, 1995 and October 25, 1995, in Palm Beach County, Florida, did unlawfully from a premeditated design to effect the death of a human being, kill and murder RAFAEL COSTA, a human being, by shooting RAFAEL COSTA with a firearm, and in the commission of said offense did use and have in his possession a deadly weapon to-wit: a firearm, said firearm being a firearm as defined in Florida Statute 790.001(6), contrary to Florida Statute 782.04(1)(a) and 775.087(1)(2). (CAPITAL FELONY)

## COUNT TWO
## CARJACKING

The Grand Jurors of the State of Florida, inquiring in and for the body of said County of Palm Beach, upon their oaths do present that JASON DIAZ on, about or between October 24, 1995 and October 25, 1995, in Palm Beach County, Florida did by force, violence, assault or putting in fear, knowingly take a motor vehicle, which was the subject of larceny, from the person or custody of RAFAEL COSTA with the intent to either temporarily or permanently deprive the owner or person occupying the motor vehicle, RAFAEL COSTA or any other person not the defendant(s) of the motor vehicle, and in the course of committing the carjacking JASON DIAZ carried a firearm or other deadly weapon, contrary to Florida Statute 812.133(1)(2)(a) and 775.087(1)(2). (1 DEG FEL, PBL) (LEVEL 9)

## COUNT THREE
## BURGLARY OF AN OCCUPIED CONVEYANCE
## WITH AN ASSAULT OR BATTERY

The Grand Jurors of the State of Florida, inquiring in and for the body of said County of Palm Beach, upon their oaths do present that JASON DIAZ on, about, or between October 24, 1995 and October 25, 1995, in Palm Beach County, Florida while in possession of a firearm, did knowingly enter or remain in a conveyance, the property of RAFAEL COSTA, in which there was a human being at the time JASON DIAZ entered or remained in the conveyance, and while armed, or became armed within such conveyance with a firearm, a dangerous weapon, with the intent to commit an offense therein, and in the course of committing the burglary made an assault or battery upon RAFAEL COSTA, and during the commission of such felony did carry, display, use, threaten, or attempt to use a firearm as defined in Florida Statutes 790.001(6), contrary to Florida Statutes 810.02(1),(2)(a)and(b)and(3), and 775.087(1)(2). (LIFE FELONY)

## COUNT FOUR
## ROBBERY WITH A FIREARM

The Grand Jurors of the State of Florida, inquiring in and for the body of said County of Palm Beach, upon their oaths do present that JASON DIAZ on, about or between October 24, 1995 and October 25, 1995, in Palm Beach County, Florida by force, violence, assault, or putting in fear, did knowingly take away wallet and contents, beeper, jewelry, briefcase, shoes, and organizer, of value of $300.00 or more, from the person or custody of RAFAEL COSTA, with the intent to permanently or temporarily deprive RAFAEL COSTA or any other person not the defendant(s) of the property, and in the course of committing the robbery JASON DIAZ was in possession of and carried a firearm, contrary to Florida Statutes 812.13(1)and(2)(a) and 775.087(1)(2). (1 DEG FEL, PBL) (LEVEL 9)

## COUNT FIVE
## KIDNAPPING

The Grand Jurors of the State of Florida, inquiring in and for the body of said County of Palm Beach, upon their oaths do present that JASON DIAZ on, about or between October 24, 1995 and October 25, 1995, in Palm Beach County, Florida without lawful authority did forcibly, secretly or by threat, confine, abduct or imprison RAFAEL COSTA, against that person's will, with the intent to commit or facilitate the commission of a Murder, Aggravated Battery, Robbery, Carjacking, and/or Burglary or inflict bodily harm or to terrorize RAFAEL COSTA and in the course of committing said offense JASON DIAZ carried a firearm, contrary to Florida Statute 787.01(1)(a) and 775.087(1)(2). (LIFE)

## COUNT SIX
## ATTEMPTED ROBBERY WITH A FIREARM

The Grand Jurors of the State of Florida, inquiring in and for the body of said County of Palm Beach, upon their oaths do present that JASON DIAZ on, about or between October 24, 1995 and October 25, 1995, in Palm Beach County, Florida did unlawfully attempt to commit Robbery with a Firearm, an offense prohibited by law, and in such attempt did an act toward the commission of such offense by forcing at gun point, RAFAEL COSTA, to use his ATM card to withdraw $400.00 in U.S. currency from the Great Western Bank, but JASON DIAZ failed in the perpetration or was intercepted or prevented in the execution of said offense, contrary to Florida Statutes 777.04(1) and 775.087(1)(2) and 813.13(1)and(2)(a).

against the form of the statute, to the evil example of all others, and against the peace and dignity of the State of Florida.

I hereby certify that I have advised the Grand Jury returning this indictment as authorized and required by law.

_[signature]_
Assistant State Attorney of the
Fifteenth Judicial Circuit of the
State of Florida, prosecuting for
the said State

_[signature]_
GRAND JURY FOREPERSON

9/10/96
DATE

JASON DIAZ, Race: WHITE, Sex: MALE, DOB: October 11, 1974,
SS#: UNKNOWN



PALM BEACH COUNTY - STATE OF FLORIDA
I hereby certify that the foregoing is a true copy of the record in my office
This 30 Day of Sept. 1996
Clerk Circuit Court
By _[signature]_ D.C.

| | PROBABLE CAUSE AFFIDAVIT | 1 Arrest  3 Request for Warrant | Juvenile |
|---|---|---|---|
| OBTS Number: | | 2 N.T.A.  4 Request for Capias  [3] | |

| | Agency ORI Number | Agency Name | Agency Report Number | |
|---|---|---|---|---|
| ADMIN | FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 0 1 - 9 5 - 1 3 0 7 6 7 ( ) | |

Charge Type: Check as many as apply  [X] 1. Felony  [ ] 2. Traffic Felony  [ ] 3. Misdemeanor  [ ] 4. Traffic Misdemeanor  [ ] 5. Ordinance  [ ] 6. Other ___  Special Notes:

**DEF.**
Name (Last, First, Middle): Diaz, Jason Saul
Alias:
Race: W  Sex: M  Date of Birth: 10 11 74

**CHARGES**
Charge Description: Armed Carjacking
Charge Description: False Imprisonment
Charge Description: Armed Robbery
Charge Description: Murder

**VICTIM**
Victim's Name (Last, First, Middle): Costa, Rafael J.
Race: W  Sex: M  Date of Birth: 07 28 74
Local Address: 3932 Chickasaw Road, Lantana, FL
Address Source: Palms
Business Address: ( )
Occupation:

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe, that the above named Defendant committed the following violation of law. The Person taken into custody ...
[ ] committed the below acts in my presence.
[ ] confessed to _____ admitting to the below facts.
[ ] was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.
[X] was found to have committed the below acts, resulting from my (described) investigation.

On the 24th day of October 19 95 at 10:15 [ ] A.M. [X] P.M. (Specifically include facts constituting cause for arrest.)

On 10/25/95 at 8:58 a.m., the body of Rafael Costa, Date of Birth of 7/28/74, was discovered on Lantana Road west of State Road 441. The investigation revealed the following information:

It was determined that Mr. Costa had died from several gunshot wounds to his head and that the manner of his death was homicide. The investigation revealed that the victim had been returning from a bible study class and was fueling his car at the Hess gasoline station on the northwest corner of Lake Worth Road and Congress Avenue. He was seen fueling the car by no less than two witnesses. In later statements by witnesses, it was observed that a dark colored Ford pick up truck had stopped at the SHELL [~~Amoco~~] gasoline station on the northeast corner of the same intersection. Two Latin males, who were later identified as Jason Diaz, Date of birth 10/11/74, and Sergio Soto, A.K.A. Sergio Flores, Date of birth 8/4/76, jumped from the truck and ran across to where the victim was fueling his car. The eyewitnesses then saw all three people leave the gas station in an unknown direction. Through the vehicle description of the truck, a vehicle was located at 5945 3rd Road in suburban Lantana, Florida. This truck is unique in its appearance and was photographed. These photographs were shown to the witness and he immediately identified this vehicle as the one he had seen on the evening of the abduction.

STATE OF FLORIDA
COUNTY OF PALM BEACH
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 11-9-95 (DATE) BY MARK Collins
WHO IS PERSONALLY KNOWN TO ME.
SGT David Grant
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)
SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
J. MARK Collins
NAME OF OFFICER (PLEASE PRINT)
PAGE 1 OF 5

DISTRIBUTION  WHITE — Court Copy  GREEN — State Attorney  YELLOW — Agency  PINK — Agency  F4271 REV 7'92

| PROBABLE CAUSE AFFIDAVIT | | | 1 Arrest  3. Request for Warrant<br>2. N T A  4. Request for Capias | Juvenile |
|---|---|---|---|---|
| OBTS Number | | | | |
| Agency ORI Number | Agency Name | | Agency Report Number | |
| FLO 5,0,0,0,0,0 | PALM BEACH COUNTY SHERIFF'S OFFICE | | 0,1- - | |
| Charge Type: Check as many as apply | ☐ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance<br>☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other ___ | | Special Notes: | |

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Charge Description | Charge Description |
|---|---|
| Charge Description | Charge Description |

| Victim's Name (Last, First, Middle) | | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone ( ) | Address Source | |
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone ( ) | Occupation | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...

☐ committed the below acts in my presence.
☐ confessed to ___ admitting to the below facts.
☐ was observed by ___ who told ___ that he/she saw the arrested person commit the below acts.
☐ was found to have committed the below acts, resulting from my (described) investigation

On the ___ day of ___ 19 ___ at ___ ☐ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

Mark Boneham's mother and he felt badly about the destruction of the vehicle. He stated that Brady had attempted to steal two other Mustangs, however, these attempts had failed. On the evening of 10/24/95, he was called at home by Brady to come to his home and get him to go and steal a car. When Boneham arrived there, present were Brady, Jason S. Diaz, Date of birth 10/11/74, and Sergio Soto, A.K.A. Sergio Flores, Date of birth 8/4/76. All of these individuals left in Boneham's dark Ford pick up truck. Brady was the driver of this truck. Boneham was inside and Diaz and Soto occupied the rear of the truck.

As they cruised the Lake Worth area, they saw the victim fueling his car at the Hess station. Brady stopped at the ~~Amoco~~ SHELL and Diaz and Soto ran to the victim and abducted him and left the area. They had agreed prior to this to meet at the Farm Store on Lantana Road and Lyons Road. Brady and Boneham drove directly there. Approximately 45 minutes later, the victim's Mustang arrived. Soto told Brady to enter the Mustang and Boneham was told to go to his home, which is in the area, and wait. Approximately 15 minutes later, the victim's Mustang arrived at Boneham's residence. Diaz was seen taking property from the car and Boneham was told by Diaz that he would have to clean blood from the left rear passenger floorboard and the seat belt because the victim

STATE OF FLORIDA
COUNTY OF PALM BEACH
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 11-9-95 (DATE) BY MARK COLLINS
WHO IS PERSONALLY KNOWN TO ME.
SGT David Grant
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
MARK COLLINS
NAME OF OFFICER (PLEASE PRINT)

PAGE 2 of 5

PBSO # 0004    DISTRIBUTION    WHITE — Court Copy    GREEN — State Attorney    YELLOW — Agency    PINK — Agency    F4271 RE-

| | PROBABLE CAUSE AFFIDAVIT | 1. Arrest  3. Request for Warrant | Juvenile |
| --- | --- | --- | --- |
| OBTS Number | | 2. NTA    4. Request for Capias | |

**Agency ORI Number:** FLO 5,0,0,0,0,0
**Agency Name:** PALM BEACH COUNTY SHERIFF'S OFFICE
**Agency Report Number:** 0,1,-,_,_,_,-,_,_,_,_,_,_ 1

**Charge Type. Check as many as apply:**
- [ ] 1. Felony
- [ ] 2. Traffic Felony
- [x] 3. Misdemeanor
- [ ] 4. Traffic Misdemeanor
- [ ] 5. Ordinance
- [ ] 6. Other ____

**Special Notes:**

**Name (Last, First, Middle):** | **Alias:** | **Race:** | **Sex:** | **Date of Birth:**

**Charge Description:**
**Charge Description:**
**Charge Description:**
**Charge Description:**

**Victim's Name (Last, First, Middle):** | **Race:** | **Sex:** | **Date of Birth:**
**Local Address (Street, Apt. Number)** (City) (State) (Zip) **Phone:** ( ) **Address Source:**
**Business Address (Name, Street)** (City) (State) (Zip) **Phone:** ( ) **Occupation:**

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...
- [ ] committed the below acts in my presence.
- [ ] was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.
- [ ] confessed to _____ admitting to the below facts.
- [ ] was found to have committed the below acts, resulting from my (described) investigation.

On the ____ day of _____ 19 __ at _____ [ ] A.M. [ ] P.M. (Specifically include facts constituting cause for arrest.)

As the investigation continued, it was learned that white female Beatrice Giniebra, who is an acquaintance and one time girlfriend of a subject named Ernesto Brady, might possibly have information regarding this murder. In her sworn statement, she related that she had been present when Brady had discussed with white male Mark Boneham stealing a Ford Mustang to replace the vehicle that Boneham had crashed. She also stated that a short time after this conversation, she read that Rafael Costa had been murdered and his Ford Mustang was missing. She confronted Brady about the relation of this story with the conversation she overheard him in earlier. Brady denied being involved in the murder, however, he admitted that he had stolen the car. Also while she was at Brady's home in his bedroom, she observed a wallet that she knew was not Brady's. It is believed that this wallet belongs to the victim.

The owner of the truck was identified as Mark Boneham and he was brought to PBSO for an interview. In his sworn statement, Mr. Boneham admitted that he had had the conversation as described by Beatrice Giniebra and, in fact, had participated to an extent in the carjacking of Rafael Costa on the evening of 10/24/95. In his words, he stated he had agreed to pay Ernest Brady $500.00 to steal a Mustang for him to replace his damaged vehicle. This vehicle actually was owned by

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 11-9-95 (DATE) BY _Mark Collins_
WHO IS PERSONALLY KNOWN TO ME
_SGT David Grant_
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)
SIGNATURE OF ARRESTING/INVESTIGATING OFFICER
MARK COLLINS
NAME OF OFFICER (PLEASE PRINT)

PAGE 3 OF 5

DISTRIBUTION   WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency

| OBTS Number: | PROBABLE CAUSE AFFIDAVIT | 1 Arrest  3 Request for Warrant | | Juvenile |
| --- | --- | --- | --- | --- |
| | | 2 NTA    4 Request for Capias | | |

| Agency ORI Number | Agency Name | Agency Report Number | |
| --- | --- | --- | --- |
| FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 0 1 - - | ( ) |

| Charge Type. Check as many as apply. | ☐ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance | Special Notes: |
| --- | --- | --- |
| | ☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other ____ | |

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |

| Charge Description | Charge Description |
| --- | --- |
| Charge Description | Charge Description |

| Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth |
| --- | --- | --- | --- |

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone ( ) | Address Source |
| --- | --- | --- | --- | --- | --- |
| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone ( ) | Occupation |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...

☐ committed the below acts in my presence.   ☐ was observed by _____ who told _____
☐ confessed to _____ admitting to the below facts.   that he/she saw the arrested person commit the below acts.
☐ was found to have committed the below acts, resulting from my (described) investigation.

On the ___ day of ___ 19 ___ at ___  ☐ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

had been struck in the head. Boneham then paid Brady $500.00 for the vehicle and all of the subjects then got into Boneham's pick up truck.

Boneham was to take Diaz and Soto to a location in Casa Del Monte trailer park. While enroute, they stopped at a store at Forest Hill Boulevard and Jog Road. There, Boneham saw Diaz give Brady a black wallet and state, "Here's a present". He then took Diaz and Soto to a trailer in Casa Del Monte. He then took Brady to his residence on Live Oak Drive in suburban West Palm Beach and then returns home. In a later conversation between Boneham and Brady, Brady told Boneham that the reason they had to wait at the Farm Store on the evening of the abduction was because Diaz and Soto had driven the victim to several automatic teller machines and forced him to attempt to withdraw money, however, they were unsuccessful because the victim had no money in his account. During this time, the victim had struggled and fought with his abductors. It is for this reason that they later shot and killed Costa at the location where he was discovered.

Boneham became upset about the incident surrounding the theft and parked the victim's vehicle at Lantana Road and Jog Road, where it was discovered abandoned.

Based on the above statements from the eyewitnesses and Boneham,

STATE OF FLORIDA
COUNTY OF PALM BEACH

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 11-9-95 (DATE) BY MARK Collins
WHO IS PERSONALLY KNOWN TO ME.

NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)   SGT

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
DET S. MARK Collins 1816
NAME OF OFFICER (PLEASE PRINT)

PAGE 4 OF 5

DISTRIBUTION   WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency   F4271 REV 7 92

| | | | | |
|---|---|---|---|---|
| OBTS Number | PROBABLE CAUSE AFFIDAVIT | 1 Arrest  2 N.T.A. | 3 Request for Warrant  4 Request for Capias | Juvenile |
| Agency ORI Number  FLO 5 0 0 0 0 0 | Agency Name  PALM BEACH COUNTY SHERIFF'S OFFICE | Agency Report Number  0 1 - - | | |

Charge Type: Check as many as apply
- [ ] 1. Felony
- [ ] 2. Traffic Felony
- [ ] 3. Misdemeanor
- [ ] 4. Traffic Misdemeanor
- [ ] 5. Ordinance
- [ ] 6. Other _____

Special Notes.

Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth

Charge Description | Charge Description
Charge Description | Charge Description

Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth
Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source
Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...
- [ ] committed the below acts in my presence.
- [ ] confessed to _____ admitting to the below facts.
- [ ] was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.
- [ ] was found to have committed the below acts, resulting from my (described) investigation.

On the ___ day of _____ 19 ___ at _____ [ ] A.M. [ ] P.M. (Specifically include facts constituting cause for arrest.)

your affiant believes that Ernest Brady, Jason Diaz and Sergio Soto did conspire and commit Armed Carjacking, False Imprisonment, Armed Robbery and the Murder of Rafael Costa.

PALM BEACH COUNTY - STATE OF FLORIDA
I hereby certify that the foregoing is a true copy of the record in my office
This ___ Day of ___, 19___
Clerk Circuit Court
By _____ D.C.

STATE OF FLORIDA
COUNTY OF PALM BEACH
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 11-9-95 (DATE) BY Mark Collins
WHO IS PERSONALLY KNOWN TO ME.

SGT David Grant
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
Det. Mark Collins 1846
NAME OF OFFICER (PLEASE PRINT)

PAGE 5 OF 5

DISTRIBUTION     WHITE — Court Copy     GREEN — State Attorney.     YELLOW — Agency     PINK — Agency