UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____97-5044-AEV_____

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON SAUL DIAZ,

Defendant.
_____/

FILED by _____ D.C.
DEC 7 - 2005
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER FOR DISMISSAL OF COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby moves to dismiss the UFAP Complaint against defendant, Jason Saul Diaz, without prejudice. The defendant has been located in Colombia, however the State of Florida does not wish to initiate international extradition proceedings.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

Date: 12/7/05

ANN E. VITUNAC
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Andrew Lourie, AUSA, WPB
U.S. Marshal's Service

